**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TORMU E. PRALL,<br><br>    Petitioner,<br><br>    v.<br><br>TRENTON MUNICIPAL COURT,<br><br>    Respondent. | CIVIL ACTION NO. 09-2466 (MLC)<br><br>**O P I N I O N** |

**THE PETITIONER** in this action, Tormu E. Prall, has submitted a "Motion to Take Judicial Notice". (Dkt. entry no. 8, 5-13-12 Submission.) Prall asks the Court to note, <u>inter</u> <u>alia</u>, that he intends to commence an action in the District of Columbia pursuant to 42 U.S.C. § 2000bb, "against the President and senate for the nomination and confirmation of shady, untoward, marginally, and/or wholly, unqualified judges, who burden religion." (<u>Id.</u> at ¶ 4.) Prall opines that such action, if unsuccessful, will allow "scholars and observers who use LexisNexis and Westlaw . . . to see that the federal judiciary is overloaded with bias, intolerance, cowardice, impatience, [and] unethical and sadistic judges." (<u>Id.</u> at ¶ 5.)

**THE COURT** notes that the 5-13-12 Submission, though styled as a motion, does not appear to seek relief pursuant to either the Federal Rules of Civil Procedure or the Local Civil Rules. The

Court further notes that the 5-13-12 Submission, even if construed as a motion, fails to conform with the Local Civil Rules.  See, e.g., L.Civ.R. 7.1(d), (e).

    **THE COURT** thus, for good cause appearing, hereby notifies Prall that no action will be taken upon the 5-13-12 Submission. The Clerk of the Court will terminate the calendar event associated with that filing.

                                                s/ Mary L. Cooper  
                                                **MARY L. COOPER**  
                                                United States District Judge

Date:     August 8, 2012